## Eureka Lumber Company et al. *v.* Buff & Blue Oolitic Stone Company et al.

[No. 19,458.   Filed June 28, 1901.]

Appeal and Error.—*Record.*—*Receivers.*—No question is presented in an appeal from an interlocutory order refusing to appoint a receiver, where the affidavits and evidence offered on the hearing of the application are not made a part of the record by bill of exceptions.

From Morgan Circuit Court; *G. W. Grubbs,* Judge.

Action by Eureka Lumber Company and others against Buff & Blue Oolitic Stone Company. From an interlocutory order refusing to appoint a receiver for the stone company, plaintiffs appeal. *Affirmed.*

*G. W. Kretzinger, E. C. Field, J. E. Henley* and *J. B. Wilson,* for appellants.

*F. Winter* and *F. J. L. Meyer,* for appellees.

Baker, J.—Appeal from an interlocutory order refusing to appoint a receiver for the appellee stone company. The affidavits and evidence offered on the hearing of the application have not been made a part of the record by a bill of exceptions. No question, therefore, is presented.

Judgment affirmed.